IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rayshan Watley, Jr.,                    :

       Plaintiff                 :     Civil Action 2:01-cv-00416

v.                                      :     Judge Marbley

Cheryl Martinez and James Goodman,      :     Magistrate Judge Abel

       Defendants                :

ORDER

Plaintiff's November 26, 2012 motion to vacate order requiring payment of court costs, fines and/or restitution (doc. 27) is DENIED. *See* 28 U.S.C.A. § 1915 (b)(1) "[I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee."

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

                                                                  s/Mark R. Abel
                                                                  United States Magistrate Judge